```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| JAMAL T. ALEXANDER : | |
| by MEZTISTA SCOTT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | CIVIL ACTION 06-0305-M |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of : | |
| Social Security, : | |
| : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Jamal T. Alexander by Meztista Scott and against Defendant Michael J. Astrue.

DONE this 19th day of March, 2007.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE