```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

JAMAL T. ALEXANDER,              :
by Meztista Scott,               :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :   CIVIL ACTION 06-0305-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.                   :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney's Fees Under Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney be **AWARDED** an EAJA attorney's fee in the amount of $1,918.75 and expenses in the amount of $29.50.  No costs are taxed.

DONE this 16th day of July, 2007.

                             s/BERT W. MILLING, JR.
                             UNITED STATES MAGISTRATE JUDGE